UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODERICK D. MOSLEY,

                    Plaintiff,

-against-

MUSIC TIMES, LLC,

                    Defendant.

Case No. 1:25-cv-04015 (JLR)

**DEFAULT JUDGMENT**

JENNIFER L. ROCHON, United States District Judge:

On August 11, 2025, Plaintiff Roderick D. Mosley ("Plaintiff") moved for default judgment against Defendant Music Times, LLC ("Defendant") pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2. *See* Dkts. 30-35. On August 13, 2025, the Court directed Defendant to appear before the Court on September 23, 2025, and show cause why a default judgment should not be issued against Defendant. *See* Dkt. 36. Defendant did not appear at the scheduled hearing, has never appeared in this action, has not responded to Plaintiff's Complaint despite being provided with extensions to respond, and has not otherwise communicated with the Court or Plaintiff.

The Court having considered Plaintiff's Motion and supporting papers, and for the reasons stated on the record at the default judgment hearing on September 23, 2025, it is hereby ORDERED that judgment shall be entered in favor of Plaintiff and against Defendant as to Plaintiff's first cause of action for defamation, and it is further ORDERED that Plaintiff's second cause of action for false light invasion of privacy is dismissed. By separate order, the Court will refer this matter to the assigned Magistrate Judge for a damages inquest, which will include Plaintiff's claim for attorneys' fees.

1

Plaintiff shall serve Defendant with a copy of this Order **within two business days of the filing of this Order.** Within **two business days of service**, Plaintiff must file proof of such service on the docket.

The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. 30.

Dated: September 23, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

2