USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RODERICK D. MOSLEY,

Plaintiff,

-v-

MUSIC TIMES, LLC,

Defendant.

**ORDER**

25-CV-4015 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On April 30, 2026, the Court entered an order directing Plaintiff to file an amended version of his Proposed Findings of Fact and Conclusions of Law. *See* ECF No. 45. On May 29, 2026, Plaintiff filed his Amended Proposed Findings of Fact, ECF No. 46 (the "Amended Proposed Findings"). Upon initial review, the Amended Proposed Findings are inadequate to establish damages with reasonable certainty.

In particular, Plaintiff's submission relies solely on Georgia law in its Amended Proposed Findings, but fails to present a choice of law analysis demonstrating that Georgia law applies to the calculation of damages. Given Judge Rochon's application of New York law to Plaintiff's substantive claims at the default judgment hearing held on September 23, 2025, Plaintiff must either provide support for the application of Georgia law to his damages claim or provide support for the requested damages under New York law. To the extent there is further evidence substantiating his damages claim, Plaintiff must provide such evidence in his supplemental submission.

By **August 13, 2026**, Plaintiff is directed to: (1) file a supplement to his Amended Proposed Findings that complies with these directions; (2) serve Defendant with the supplement to the Amended Proposed Findings, as well as this order, and file proof of service; and (3) order a copy of the transcript from the default judgement hearing held on September 23, 2025, which is to be filed on the docket after it is received.

Defendant shall file its response, if any, no later than **September 14, 2026**.

**SO ORDERED.**

Dated: July 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge